1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD CASAREZ,

11          Plaintiff,                    No. 2:13-cv-0816 KJM KJN PS

12       v.

13   W. POLICE SACRAMENTO,

14          Defendant.                    ORDER
     _____/

15

16          On April 25, 2013, plaintiff Richard Casarez, proceeding without counsel, filed

17   this action and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.[1]

18   (Dkt. Nos. 1, 2.)   Pursuant to federal statute, a filing fee of $350 is generally required to

19   commence a civil action in federal district court.  28 U.S.C. § 1914(a).  However, the court may

20   authorize the commencement of an action "without prepayment of fees or security therefor" by a

21   person that is unable to pay such fees or provide security therefor.  28 U.S.C. § 1915(a)(1).

22          Plaintiff's request to proceed in forma pauperis does not demonstrate that he is

23   unable to pay the initial filing fee.  The filing merely requests that plaintiff be permitted to

24   proceed in forma pauperis, but does not contain any information regarding plaintiff's income,

25   _____

26   [1] This action proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and
     28 U.S.C. § 636(b)(1).

1

assets, and liabilities from which the court could determine whether or not plaintiff is able to pay

the filing fee.[2]  The request stated that a supporting affidavit was attached, but no such affidavit

appears in the court's records.

Thus, plaintiff has made an inadequate showing of indigency.  See Olivares v.

Marshall, 59 F.3d 109, 112 (9th Cir. 1995); Alexander v. Carson Adult High Sch., 9 F.3d 1448,

1449 (9th Cir. 1993).

For the foregoing reasons, IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed in forma pauperis (dkt. no. 2) is DENIED

WITHOUT PREJUDICE.

2.  Within 28 days of the date of this order, plaintiff shall either (a) pay the

applicable filing fee or (b) file an amended application to proceed in forma pauperis that

adequately demonstrates that plaintiff is unable to pay the filing fee.  Plaintiff's failure to either

pay the filing fee or file a sufficient amended application to proceed in forma pauperis by the

above deadline will result in a recommendation that the action be dismissed pursuant to Federal

Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED:  May 1, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff also appears to have used the wrong form, because the request references in forma pauperis status on appeal, whereas this action proceeds in federal district court.  (Dkt. No. 2.)